IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEVON FRED MORELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:12-CV-93-TMH |
| | ) |
| CHAMBERS COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED and Plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i-ii).

A separate judgment shall issue.

Done this 28th day of February, 2012.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE